UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-400-MMD-GWF |
| TERRY J. WOLFE, | ) | |
| Defendant. | ) | ORDER |

On February 27, 2013, the Court granted the defendant Terry J. Wolfe's motion to dismiss counsel and for appointment of new counsel (#74).  Therefore;

IT IS HEREBY ORDERED that Kevin R. Stolworthy, Esq. is appointed as counsel for Terry J. Wolfe in place of Jess R. Marchese, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Marchese shall forward the file to Mr. Stolworthy forthwith.

DATED  this 1st  day of March, 2013.

Nunc Pro Tunc Date:   February 28, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge