KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

Attorneys for Defendant Terry J. Wolfe

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY J. WOLFE, et al.,<br><br>Defendants. | CASE NO.  2:12-cr-00400-JAD-GWF<br><br>~~[PROPOSED]~~<br>ORDER GRANTING DEFENDANT TERRY WOLFE'S MOTION FOR LEAVE TO FILE TO FILE SUPPLEMENTAL EXHIBITS TO [DOCKET #148] MOTION FOR A HEARING TO ADDRESS HIS MEDICAL TREATMENT AND ACCESS TO DISCOVERY AT NEVADA SOUTHERN DETENTION CENTER UNDER SEAL |

Having come before the Court, it is ORDERED, ADJUDGED, and DECREED that Defendant Terry J. Wolfe's Motion to file Supplemental Exhibits  A-1, A-2, B, C, D-1, D-2, D-3, E-1, E-2, F, G-1, G-2, G-3, G-4, H-1, H-2, H-3 in support of his Motion for a Hearing to Address His Medical Treatment and Access to Discovery at Nevada Southern Detention Center ("NSDC") [Docket #148] under seal with this Court is GRANTED.

*George Foley Jr.* (signature)
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: January 7, 2014

1