KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

Attorneys for Defendant Terry J. Wolfe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TERRY J. WOLFE, et al.,<br><br>               Defendants. | CASE NO.  2:12-cr-00400-JAD-GWF<br><br>**STIPULATION TO CONTINUE HEARING REGARDING ALLEGED VIOLATION OF CONDITIONS OF SUPERVISION**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Assistant United States Attorney, counsel for Plaintiff, and Kevin R. Stolworthy, counsel for Defendant, Terry J. Wolfe ("Defendant"), that the hearing currently scheduled for August 10, 2015 at the hour of 10:00 a.m., be continued for two (2) weeks, or to a date and time thereafter that is convenient to this Court.

This Stipulation is entered into for the following reasons:

1. On February 29, 2015, the Defendant was sentenced to time served in this matter.

2. The Defendant is currently subject to a three (3) year term of supervised release.

3. On August 3, 2015, this Court issued a Summons requiring the Defendant to appear in Court on August 10, 2015 for a hearing addressing an alleged violation of the conditions of supervised release.

4.       Undersigned counsel will be traveling outside of the State of Nevada during the weeks of August 10th and 17th.

5.       Accordingly, the parties agree that the August 10th hearing should be continued for a period of two (2) weeks, but no earlier than August 24, 2015, or to a date and time thereafter that is convenient for the Court.

6.       This is the first request to continue the hearing on the alleged violation of conditions of supervised release.

DATED this 4th day of August, 2015.

| DANIEL BOGDEN<br>United States of America | ARMSTRONG TEASDALE LLP |
|---|---|
| By: /s/ *Steven W. Myhre*<br>    STEVEN W. MYHRE, ESQ.<br>    Assistant U.S. Attorney<br>    333 Las Vegas Blvd. South, Ste. 5000<br>    Las Vegas, NV 89101<br><br>    Counsel for Plaintiff | By: /s/ *Kevin R. Stolworthy*<br>    KEVIN R. STOLWORTHY, ESQ.<br>    3770 Howard Hughes Parkway, Suite 200<br>    Las Vegas, Nevada 89169<br><br>    Counsel for Defendant<br>    Terry J. Wolfe |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>TERRY J. WOLFE, et al.,<br><br>        Defendants. | CASE NO.  2:12-cr-00400-JAD-GWF<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW, AND<br>ORDER** |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The hearing on the alleged violation of supervised release should be continued for a period of least two (2) weeks, and no earlier than August 24, 2015.
2. The Defendant is not in custody and does not object to the continuance in this matter.
5. The parties agree to the continuance.
6. This is the first request to continue the August 10, 2015 hearing. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the hearing.

### ORDER

IT IS HEREBY ORDERED that the hearing currently scheduled for August 10, 2015 at the hour of 10:00 a.m., shall be continued to Monday, August 31, 2015, at 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE